UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ZACH HILLESHEIM,

      Plaintiff,

v.                                              **ORDER**
                                                Civil File No. 16-2225 (MJD/TNL)

BUZZ SALONS, LLC,

      Defendant.

Padraigin Browne, Browne Law LLC, Counsel for Plaintiff.

Alyssa Kathryn Thibert Nelson and Kevin A. Velasquez, Blethen, Gage & Krause, PLLP, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 19, 2017. Defendant Buzz Salons, LLC, filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate

Judge Leung dated June 19, 2017.  The Court has fully considered Defendant's objections and concludes that sanctions are not appropriate in this case.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 19, 2017 [Docket No. 37].

2. Defendant's Amended Motion to Dismiss [Docket No. 18] is **GRANTED IN PART** and **DENIED IN PART** as follows: this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 25, 2017                         s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court

2